ROCCO CERULLO, Appellant, v. MARIA CERULLO, Respondent.— Order opening default on condition affirmed, without costs; defendant's proposed answer to be served within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Corporate Trustee, and M. ERNEST GREENEBAUM, JR., as Individual Trustee under the Mortgage or Deed of Trust Made by 66–74 COURT STREET REALTY CORPORATION, Dated as of September 1, 1926, Appellants, v. 66–74 COURT STREET REALTY CORPORATION, MADELEINE D. WOLFE, Respondents, and CHARLES J. McDERMOTT and EDMUND J. PICKUP, Receivers, Respondents.— Order, on reargument, directing receivers to pay certain rents to respondent Wolfe affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ELIZABETH CROSSON, Appellant, v. BIRDSALL T. MANNING and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

RAYMOND E. DUFFIELD, Respondent, v. MONTAUK REALTY SECURITY Co., INC., Appellant.— Order denying motion to amend judgment affirmed. with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, Also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. LOUISE MACGREADY, Respondent; MARY E. MACGREADY and GRACE KELLY, General Guardians of DONALD MACGREADY and MURIEL MACGREADY, Infants, etc., Appellants. (Appeal No. 2.) — Order of the Surrogate's Court of Queens county limiting examination before trial reversed on the facts, without costs, and motion denied, the court being of opinion that upon the issue of undue influence the period of limitation was improper. Order striking out paragraph from affidavit as scandalous and defamatory affirmed, without costs. Examination to proceed on five days' notice at the place and hour stated in the notice of examination. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ROSE LEATHERMAN, Respondent, v. WARREN LEATHERMAN, Appellant.— Order granting plaintiff's motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

MUNCH BREWERY, INC., Respondent, v. JOSEPH H. BERNSTEIN and Others, Defendants; WILLIAM SHUR and Others, Appellants.— Order granting motion to punish appellants for contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.